Decided April 27, 2005

## PAUL E. O'BRIEN *v.* STOLT-NIELSEN TRANSPORTATION GROUP, LTD., ET AL.

The petition by the defendants Stolt-Nielsen Transportation Group, Ltd., and Samuel Cooperman for certification for appeal from the Appellate Court (AC 25901) is denied.

KATZ and PALMER, Js., did not participate in the consideration or decision of this petition.

*Donna Nelson Heller, Patrick J. McHugh* and *Meghan A. Laganza,* in support of the petition.

*David S. Golub* and *Jonathan M. Levine,* in opposition.

Decided April 27, 2005